1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CARLOS HENDON,

11            Plaintiff,                    No. CIV S-09-2935 EFB P

12       vs.

13   KNOWLES, et al.,
                                           ORDER AND
14            Defendants.                   FINDINGS AND RECOMMENDATIONS

15   _____/

16       On October 26, 2009 the court ordered plaintiff to file an in forma pauperis affidavit or

17   pay the appropriate filing fee within 30 days and warned him that failure to do so would result in

18   a recommendation that this action be dismissed.

19       The 30-day period has expired and plaintiff  has not filed an in forma pauperis affidavit

20   or paid the appropriate filing fee or otherwise responded to that order.

21       It is therefore ORDERED that the Clerk of the Court randomly assign a United States

22   District Judge to this action.

23       Further, it is RECOMMENDED that this action be dismissed without prejudice.

24       These findings and recommendations are submitted to the United States District Judge

25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one

26   days after being served with these findings and recommendations, any party may file written

1

1  objections with the court and serve a copy on all parties.  Such a document should be captioned

2  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

3  within the specified time may waive the right to appeal the District Court's order. *Turner v.*

4  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

5  Dated:   December 15, 2009.

6

7  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26