IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS HENDON,

      Plaintiff,                        No. CIV S-09-2935 FCD EFB P

      vs.

KNOWLES, et al.,

      Defendants.            ORDER

_____/

     On October 1, 2010, this action was dismissed because plaintiff failed to pay the required filing fee or request leave to proceed in forma pauperis. Dckt. No. 10. Judgment was entered accordingly. Dckt. No. 11. Notwithstanding that judgment closing this case, plaintiff filed on October 22, 2010, a first amended complaint and a motion to proceed in forma pauperis, including a trust account statement for the period of October 26, 2005 through April 26, 2006. Dckt. Nos. 12, 13. As this case is closed, plaintiff's filings will not be considered by the court. Additionally, the court notes that an application to proceed in forma pauperis requires that a prisoner submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period *immediately preceding the filing of the complaint*. *See* 28 U.S.C. § 1915(a)(2). Plaintiff commenced this action by filing a complaint on October 21, 2009. Dckt. No. 1.

1 | The court notes that it will issue no response to future filings by plaintiff in this action
2 | not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.
3 | So ordered.
4 | Dated: November 2, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE